**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ISRAEL CORONEL,** | ) | |
| **ID # 1780504,** | ) | |
| **Petitioner,** | ) | |
| **vs.** | ) | **No. 3:16-CV-0938-M** |
| | ) | |
| **LORIE DAVIS, Director,** | ) | |
| **Texas Department of Criminal** | ) | |
| **Justice, Correctional Institutions Division,** | ) | |
| **Respondent.** | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Motion for Summary Judgement with a Hearing and a Ruling* (doc. 18) is construed as a motion for default judgment and is **DENIED**.

**SIGNED this 5th day of August, 2016.**

_____
**BARBARA M. G. LYNN
CHIEF JUDGE**